**No. 43080.**—Protest 845691–G of Richard C. Wolfe (Los Angeles).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstracts 33041 and 41543 photo frames and paperweights in question were held dutiable at 40 percent under paragraph 339 as claimed.